33

United States District Court
Southern District of Texas
ENTERED
SEP 21 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
SEP 17 1998
Michael N. Milby, Clerk of Court

```
ALBERTO ANDLUZ MARIA RIVERA      *
Individually and as next         *
Friends of VANESSA RIVERA,       *
a Minor                          *
                                 *
VS.                              *    CIVIL ACTION
                                 *    NO. B-97-211
POINT ISABEL INDEPENDENT SCHOOL  *
DISTRICT and PORT ISABEL HIGH    *
SCHOOL, Individually and         *
Jointly, ET AL                   *
                                 *
```

### ORDER ON PENDING MOTIONS

On September 17, 1989, a Final Pretrial Conference was held in the above styled and numbered proceedings. The pending pre-trial motions were considered and ruled on as follows:

- 4-1:  to expedite ruling – this motion is now moot.

- 9-1:  for designation as attorney in charge – granted.

- 21-1: to compel answers from Intervenor – granted, to be filed on or before September 24, 1989.

- 22-1: for Summary Judgment – still pending

- 25-1  for leave to file reply to response to motion for summary judgment – granted.

- 28-1  for leave to file reply to intervenor's response – granted.

It is so ORDERED.

Done at Brownsville, Texas, this 17th day of September, 1998.

/s/ John Wm. Black
United States Magistrate Judge