#38

United States District Court
Southern District of Texas
ENTERED
SEP 25 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
SEP 25 1998
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ALBERTO AND LUZ MARIA RIVERA Individually and as next Friends of VANESSA RIVERA, a Minor | * * * * |
| VS. | * CIVIL ACTION |
| | * NO. B-97-211 |
| POINT ISABEL INDEPENDENT SCHOOL DISTRICT and PORT ISABEL HIGH SCHOOL, Individually and Jointly, and KRISTINE BALDOVINOS, Intervenor | * * * * * |

## ORDER

On this day, Intervenor's Motion for Leave to File Pretrial Order (#30), was considered.

This Court is of the opinion that Intervenor's Motion for Leave to File her Pretrial Order should be Denied.

It is so Ordered.

Done at Brownsville, Texas, this 25th day of September, 1998.

John Wm Black
United States Magistrate Judge